**FILED**

10/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0689

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0689

_____

LAKE COUNTY,

      Plaintiff and Appellant,

v.

STATE OF MONTANA,

      Defendant and Appellee.

O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 9 2024